UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTY FITZGERALD,<br><br>    Plaintiff,<br><br>    v.<br><br>RENO CRIME SUPPRESSION UNIT, *et al.*,<br><br>    Defendants. | Case No. 3:24-CV-00031-MMD-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>[ECF No. 8] |

On January 24, 2024, the Court dismissed, with leave to amend Plaintiff Marty Fitzgerald's ("Fitzgerald") civil rights complaint and instructed him to file an amended complaint by February 23, 2024. (ECF No. 3.) On February 14, 2024, Fitzgerald filed a motion to extend time to file his amended complaint, requesting an additional 45 days to file an amended complaint, (ECF No. 5), which the Court granted, (ECF No. 6). The deadline to file the amended complaint was set for April 1, 2024.

On March 14, 2024, Fitzgerald filed a second motion to extend time to file his amended complaint, requesting an additional 45 days to file an amended complaint based on Fitzgerald being moved to the Washoe County Detention Center. (ECF No. 8.)

Good cause appearing, **IT IS ORDERED** that the motion to extend time, (ECF No. 8), is **GRANTED**.

**IT IS FURTHER ORDERED** that if Fitzgerald chooses to file an amended complaint curing the deficiencies of his original complaint, as outlined in the Court's screening order, (ECF No. 3), Fitzgerald shall file the amended complaint by no later than **May 16, 2024**.

**IT IS FURTHER ORDERED** that if Fitzgerald chooses not to file an amended complaint or files an amended complaint that does not cure the deficiencies outlined in the screening order, the Court will recommend dismissal of this action for failure to state a claim.

**IT IS FURTHER ORDERED** that no further extensions of time will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

**DATED**: March 14, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**